**NORGAARD O'BOYLE & HANNON**
184 Grand Avenue
Englewood, New Jersey 07631
Telephone Number (201) 871-1333
Facsimile Number (201) 871-3161
Attorneys for Debtor, Cheryl Hall
By:     Karl J. Norgaard, Esq.

|  |  |
|---|---|
| In Re: : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY NEWARK DISTRICT |
| : | |
| CHERYL HALL, | Chapter 13 |
| : | |
| | Case No. 21-19662 (RG) |
| Debtor. : | |
| | HEARING DATE: March 15, 2023 |

## CERTIFICATION IN SUPPORT OF NORGAARD O'BOYLE & HANNON'S MOTION TO WITHDRAW AS DEBTOR'S COUNSEL

Karl J. Norgaard, Esq. certifies as follows:

1. I am an attorney admitted to practice before this Court, and a member of Norgaard O'Boyle & Hannon ("Movant" or "the Firm"), the movant herein. The Firm is counsel of record to the Debtor, Cheryl Hall, in the above-captioned bankruptcy proceeding. I make this certification in support of the Firm's motion for leave to withdraw as counsel to the Debtor.

2. Movant respectfully requests permission to withdraw as counsel due to fundamental disagreements between the Debtor and the Movant which has led to the substantial deterioration of the attorney-client relationship.

3. The attorney-client relationship has irretrievably broken down and has become increasingly difficult due to Movant's inability to effectively communicate with the Debtor.

4. The Firm cannot continue to represent her with due to these ongoing issues making representation unreasonably difficult.

I certify that the foregoing statements are true. I am aware the if the foregoing statements are willfully false, I am subject to punishment.

                                      **NORGAARD O'BOYLE & HANNON**
                                      Counsel to Debtor,

                                      By:<u>/s/ Karl J. Norgaard, Esq.</u>
                                      KARL J. NORGAARD, ESQ.

Dated: February 21, 2023